# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

BMO HARRIS BANK N.A.,

      Plaintiff,

v.

DAVID BROWN,

      Defendant.

Case No.: 1:19-cv-00773

## DEFAULT JUDGMENT

Upon the Clerk of Court's entry of default against Defendant David Brown for failure to plead or otherwise defend in this action; and Plaintiff BMO Harris Bank N.A.'s Motion for Default Judgment; Judgment is entered as follows:

1. Judgment is entered in favor of Plaintiff BMO Harris Bank N.A. and against Defendant David Brown in the amount of $89,154.59, with costs and interests;

**SO ORDERED, ADJUDGED AND DECREED,** this 4th day of November, 2019.

                                                  /s/ Paul L. Maloney
                                                  District Judge Paul L. Maloney